IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

NICKY FLOW                                                                       PLAINTIFF

vs.                             Civil No. 1:14-cv-01034

CAROLYN W. COLVIN
Commissioner, Social Security Administration                 DEFENDANT

**MEMORANDUM OPINION**

       Before the Court is Defendant's Unopposed Motion to Remand. ECF No. 9. Defendant filed this Motion on November 19, 2014. *Id.* Plaintiff has no objections to this Motion. *Id.* The Parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. ECF No. 5. Pursuant to this authority, this Court issues this Memorandum Opinion.

       With this Motion, Defendant seeks a remand pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further administrative proceedings. ECF No. 9. After considering this Motion, and because Plaintiff has no objections this Motion, the Court **GRANTS** Defendant's Unopposed Motion to Remand. A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

       **ENTERED this 25th day of November 2014.**

                                                             /s/ Barry A. Bryant
                                                             HON. BARRY A. BRYANT
                                                             U. S. MAGISTRATE JUDGE